Henry Gunn, Appellee, v. J. R. Britt, Appellant.

opinion filed March 2, 1943. Donald A. Miller, for appellant; J. Kelly Smith, for appellee. Opinion by JUSTICE STONE. ''Not to be published in full.''

People of the State of Illinois for use of Pope County, Appellants, v. Harvey G. McCormick et al., Appellees.

opinion filed March 2, 1943. J. Ado Whiteside, State's Attorney, and S. S. DuHamel, for appellants; Chas. Durfee, Grover E. Holmes and Scerial Thompson, for appellees. Opinion by JUSTICE STONE. ''Not to be published in full.''